**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**DANNY TAYLOR and
DEBORAH TAYLOR**                                                                                    **PLAINTIFFS**

**V.**                                                          **CAUSE NUMBER: 3:25-cv-00366-JDM-JMV**

**STATE FARM FIRE &
CASUALTY COMPANY**                                                                            **DEFENDANT**

**ORDER GRANTING MOTION TO REMAND**

Pursuant to an opinion issued this date, the Court hereby **ORDERS**:

(1) the Taylors' motion to remand this case to state court [8] is **GRANTED**;

(2) this cause is hereby **REMANDED** to the Circuit Court of Pontotoc County, Mississippi; and

(3) this case is **CLOSED**.

**SO ORDERED**, this the 26th day of March, 2026.


 /s/ James D. Maxwell II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI